UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:15 CR 72–7 |
| | ) | Hon. Marvin E. Aspen |
| RACHEL MARIE SIEGELMAN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

MARVIN E. ASPEN, District Judge:

We have received Defendant's motion requesting an extension of time to file sentencing documents. (Dkt. No. 437.) Defendant shall file all sentencing documents on or before October 6, 2017 to allow the Court time to review and consider her materials before the October 12, 2017 sentencing hearing. It is so ordered.

_____
Marvin E. Aspen
United States District Judge

Dated: September 28, 2017
      Chicago, Illinois